# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES M. MULLEN  
875 GOLF COURSE ROAD  
CRYSTAL LAKE, IL  60014  

SSN-xxx-xx-8529

Case Number: 04-75986

Case filed on: 12/3/2004  
Plan Confirmed on: 3/4/2005  

D Dismissed

Total funds received and disbursed pursuant to the plan: $11,095.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY SCOTT A BENTLEY | 2,550.00 | 2,550.00 | 2,550.00 | 0.00 |
|  | Total Legal | 2,550.00 | 2,550.00 | 2,550.00 | 0.00 |
| 999 | JAMES M. MULLEN | 0.00 | 0.00 | 634.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 634.00 | 0.00 |
| 001 | KRIEG & WIEJACZKA | 1,116.73 | 1,116.73 | 529.10 | 0.00 |
| 002 | GRP FINANCIAL SERVICES CORP | 12,441.08 | 12,441.08 | 5,894.49 | 0.00 |
|  | Total Secured | 13,557.81 | 13,557.81 | 6,423.59 | 0.00 |
| 003 | AA QUALITY TOWING | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ASPIRE VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CCB, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | EZ PAYDAY ADVANCE | 470.40 | 470.40 | 50.32 | 0.00 |
| 009 | KEN & ERICA LARSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MCI RESIDENTIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | AMERICOLLECT INC | 100.00 | 100.00 | 0.00 | 0.00 |
| 012 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | HARRIS & HARRIS, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NICOR GAS | 546.85 | 546.85 | 58.58 | 0.00 |
| 015 | NORTHWEST COMMUNITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | PROVIDIAN VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ENCORE RECEIVABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | AMERICOLLECT INC | 259.00 | 259.00 | 17.98 | 0.00 |
| 019 | ROUNDUP FUNDING LLC | 992.77 | 992.77 | 106.35 | 0.00 |
| 020 | B-LINE LLC | 5,497.81 | 5,497.81 | 588.94 | 0.00 |
|  | Total Unsecured | 7,866.83 | 7,866.83 | 822.17 | 0.00 |
|  | Grand Total: | 23,974.64 | 23,974.64 | 10,429.76 | 0.00 |

Total Paid Claimant: $10,429.76  
Trustee Allowance: $665.24  
Percent Paid Unsecured: 10.45  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008          By  /s/Heather M. Fagan